Christopher Kao (SBN 237716)
  christopher.kao@pillsburylaw.com
David J. Tsai (SBN 244479)
  david.tsai@pillsburylaw.com
Brock S. Weber (SBN 261383)
  brock.weber@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Four Embarcadero Center, 22nd Floor
San Francisco, CA  94111-5998
Telephone:   (415) 983-1000
Facsimile:    (415) 983-1200

Attorneys for Plaintiffs
LITE-ON TECHNOLOGY CORPORATION
and LITE-ON ELECTRONICS (GUANGZHOU)
LIMITED

Harold H. Davis, Jr. (SBN 235552)
  harold.davis@klgates.com
Rachel Burnim (SBN 292952)
  rachel.burnim@klgates.com
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA  94111
Tel: 415.882.8200, Fax: 415.882.8220

Min Wu (SBN 307512)
  min.wu@klgates.com
**K&L GATES LLP**
620 Hansen Way
Palo Alto, CA  94304
Tel: 650.798.6747 / Fax: 650.798.6701

Gina A. Jenero (Admitted *Pro Hac Vice*)
  gina.jenero@klgates.com
**K&L GATES LLP**
70 W. Madison, Suite 3300
Chicago, IL  60602
Tel: 312.372.1121, Fax: 312.827.8000

Attorneys for Defendants
DARFON AMERICA CORP. and
DARFON ELECTRONICS CORP.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITE-ON TECHNOLOGY CORPORATION, a Taiwanese corporation and LITE-ON ELECTRONICS (GUANGZHOU) LIMITED, a Chinese company,<br><br>                    Plaintiffs,<br><br>       vs.<br><br>DARFON ELECTRONICS CORP., a Taiwanese corporation and DARFON AMERICA CORP., a California corporation,<br><br>                    Defendants. | Case No. 3:18-CV-02776-JD<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS PENDING SETTLEMENT**<br><br>Honorable James Donato |

WHEREAS, Plaintiffs Lite-On Technology Corporation and Lite-On Electronics (Guangzhou) Limited (collectively, "Lite-On") and Defendants Darfon Electronics Corp. and Darfon America Corp. (collectively, "Darfon") (together with Lite-On, "the Parties"), have reached an agreement in principle to settle this action;

WHEREAS, the Parties are continuing the process of finalizing a written settlement agreement;

WHEREAS, the Parties believe full settlement is imminent, and wish not to burden the Court or one another with unnecessary proceedings while the settlement process is completed;

WHEREAS, Darfon's responsive damages contentions are due March 20, 2019;

WHEREAS, the deadline for the completion of claim construction discovery is March 28, 2019;

WHEREAS, the Parties' Opening Claim Construction Briefs are due April 12, 2019; and

WHEREAS, the Parties' Responsive Claim Construction Briefs are due April 26, 2019.

IT IS HEREBY STIPULATED AND AGREED by and among the Parties, through their undersigned counsel, that the action be stayed for a period of sixty (60) days pending the finalization of the settlement agreement.

Dated: March 4, 2019         PILLSBURY WINTHROP SHAW PITTMAN LLP

/s/ Christopher Kao
Christopher Kao

Attorney for Defendants
Lite-On Technology Corporation;
Lite-On Electronics (Guangzhou) Limited

Dated: March 4, 2019         K&L GATES LLP

/s/ Harold H. Davis, Jr.
Harold H. Davis, Jr.

Attorney for Plaintiffs
Darfon America Corp. and
Darfon Electronics Corp.

**ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: March 4, 2019

                                           */s/ Christopher Kao*
                                           Christopher Kao

**CERTIFICATE OF SERVICE**

The undersigned certifies that on March 4, 2019, the foregoing document was electronically filed with the Clerk of the Court for the UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, using Court's Electronic Case Filing (ECF) system. The ECF system routinely sends a "Notice of Electronic Filing" to all counsel of record who have consented to accept this notice as service of this document by electronic means. Any party not receiving the Court's electronic notification will be sent a copy of the foregoing document.

                                           */s/ Christopher Kao*
                                           Christopher Kao

**[PROPOSED] ORDER**

Pursuant to Stipulation, **IT IS SO ORDERED.**

Dated: _____, 2019

                                           _____
                                           Honorable James Donato
                                           United States District Judge